UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DELGADO,<br><br>          Petitioner,<br><br>    v.<br><br>CHUCK KEETON, Warden,<br><br>          Respondent. | No. CV 17-3166-RSWL (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition on the merits and dismissing this action with prejudice.

DATED: 1/24/2018

                                                     s/ RONALD S.W. LEW
                                                     RONALD S. W. LEW
                                                 United States District Judge