UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DELGADO,<br>　　　　　Petitioner,<br>　v.<br>CHUCK KEETON, Warden<br>　　　　　Respondent. | NO. 17-3166-RSWL (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 1/24/2018　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　　　United States District Judge